

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable T. O. Walton, President
Agricultural and Mechanical College of Texas
College Station, Texas

Dear Sir:                          Attention: Mr. E. L. Angell

Opinion No. O-4756
Re: Whether the described travel
expense may be allowed as for
"State business."

This is in reply to your letter of July 31, 1942,
which reads as follows:

"Can A. & M. College legally pay travel
expense in the following cases:

"(1) Head of the Dairy Husbandry Depart-
ment to Toronto, Canada, to participate in an
Inter-American conference for the dairy indus-
try.

"On October 4, 1941, the Board of Directors
of the A. & M. College approved the request of
Professor C. H. Shepardson, Head of the Dairy
Husbandry Department, to make this out-of-state
trip at College expense.

"The voucher covering the expenses of this
trip was returned from the Comptroller's Office
for a more detailed explanation of the purposes
of the trip. The voucher was again returned by
the Comptroller, suggesting that it be referred
to your office for a ruling as to the legality
of the College's paying the account.

"The purpose, scope, and relation of this
conference to the work at A. & M. College are
set forth in a letter of explanation written
by Professor Shepardson, which is quoted below:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"This conference included government and
industry representatives from most of the
American countries and was highly important
to the work of this department since it in-
volved the training of Latin American students
for dairy work and the sale and shipment of
dairy cattle to Central and South America.

"By reason of its location, this insti-
tution is vitally concerned with these problems.
We are encouraging the training of Latin American
students here and have already graduated a num-
ber of these students who have returned to their
own countries to enter various fields of the
dairy industry. We have also been called on to
assist in locating dairy cattle for export to
these countries and have made several shipments
from our own herd during the past few years.

"It is important that this institution be
represented at conferences dealing with these
problems and methods of handling them if it is
to hold its position of leadership in fostering
Latin American relations and the training of
students for this work.

"(2) Professor of Animal Husbandry to go to
Chicago, Illinois, to confer with committee of
animal production on the evaluation of feeds.

"On October 25, 1941, the Board of Directors
of the College approved this request for out-of-
state travel at College expense.

"Professor Pearson furnishes the follow-
ing statement as to the work of this committee
and its relationship to the work at A. & M. Col-
lege, which is quoted below:

"The work of the committee of the American
Society of Animal Production and the new feed
standards upon which they decide have a direct
relation to the cattle and dairy production in
the State of Texas and to the Agricultural and
Mechanical College of Texas, as well as to the
Department of Animal Husbandry. The Board of

Directors of the Agricultural and Mechanical College of Texas felt that this meeting was of sufficient importance and benefit to the College for the expenses to be allowed.

"At the suggestion of the Comptroller of Public Accounts, we are attaching the expense vouchers of these two accounts."

Subsection (3) of House Bill 272, Forty-seventh Legislature, reads in part as follows:

"Subsection (3). Institutional Receipts. No property belonging to any of the institutions herein provided for, or any agency thereof, shall be sold or disposed of without the consent of its governing board, and all proceeds from the sale of such property, from labor performed, from the sale of materials, crops and supplies, from fees, and any and all other receipts shall become and are hereby appropriated as maintenance or contingent fund to be expended under the direction and with the approval of the governing board having jurisdiction. Said governing boards are authorized to use out of the proceeds of said receipts and funds, in accordance with the provisions of this Act, such amounts as they shall deem necessary for the support, maintenance, operation and improvements of said institutions. . ." (Emphasis ours)

Subsection (6) of H. B. 272, Forty-seventh Legislature, reads in part as follows:

"Subsection (6). Traveling Expenses. All persons employed in any capacity by these State educational institutions and agencies, except heads of the institutions named in this Act and members of the boards who do not receive an annual or monthly salary, who travel at the expense of the State, are limited to the same amounts authorized for employees of the State Departments, and the Comptroller and local disbursing officer shall require the same method of claim presentation and forms. No traveling expenses shall be

685

incurred by board members, heads of institutions, or by any employee of any of the schools, or other agencies named herein, inside or outside of the boundaries of the State of Texas, except for State business, and no travel shall be performed outside the State except upon the advance written consent of the school's Board of Regents or directors. The term 'maintenance' may include the traveling expenses. . ."

Matters very similar to those about which you inquire previously have been reviewed by this Department in our Opinions Nos. O-4267 and O-4387, copies of which are attached hereto.

Under these holdings we conclude that the expenses mentioned in your letter were incurred in performance of "State business."

It affirmatively appears from your letter and the expense accounts of Professors Shepardson and Pearson that all other requirements prescribed in Subsections (3) and (6) of H. B. 272, Acts of the Forty-seventh Legislature, have been met.

It is our opinion that the traveling expenses referred to in your letter can legally be paid.

We are returning herewith all papers accompanying your letter of request.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By        Woodrow Edwards
          Assistant

WE:LM

ENCLOSURES

*Gerald C. Mann*

APPROVED
OPINION
COMMITTEE
BY [signature]
CHAIRMAN